**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BTL INDUSTRIES, INC., <br><br>    Plaintiff(s), <br><br>v. <br><br>EXQUISITE DEPOT, LLC., <br>et al <br><br>    Defendant(s). | Civil Action No.: 2:24-9407 <br><br>**ORDER FOR DISMISSAL** |

    It appearing in the above captioned action that the plaintiff has failed to move this action by requesting that default and default judgment be entered against the defendants within the time frame established by this Court;

**It is on this 14th day of February, 2025**

**ORDERED** that this action is hereby dismissed as to the defendants without prejudice for failure to comply with the court's order of January 29, 2025 (docket entry no. 14).

                                              *s/ Brian R. Martinotti*
                                              Brian R. Martinotti,
                                              United Sates District Judge